UNITED STATES DISTRICTCOURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

JEFFREY S. MOORE, :
: Case No. 2:15-cv-00192-WOB-JGW
    Plaintiff, :
:
v. : **NOTICE OF DISMISSAL**
:
CASHCALL, INC., et al., :
:
    Defendants. :

    Now comes the Plaintiff, by counsel, and hereby notifies the Court that this action has been settled by the parties and Plaintiff hereby voluntarily dismisses, with prejudice, his individual claims asserted in this action.

    Respectfully submitted,

    By: /s/ Robert R. Sparks
    Robert R. Sparks (KY Bar #83685))
    STRAUSS TROY CO., LPA
    150 East Fourth Street
    Cincinnati, Ohio 45202
    Telephone No.: (513) 621-2120
    Facsimile No.: (513) 241-8259
    Email: *rrsparks@strausstroy.com*

    and

    Matthew T. Sanning
    224 Main Street
    Augusta, KY 41002
    Email: *mattsanning@windstream.net*

    *Attorneys for Plaintiff(s)*

**SO ORDERED:**

This 14th day of September, 2016.

    _William O. Bertelsman_
    **WILLIAM O. BERTELSMAN**
    **UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of September, 2016, a copy of the foregoing was electronically filed with the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. This filing may be accessed through the Court's CM/ECF system.

                                          /s/Robert R. Sparks
                                          Robert R. Sparks (KY Bar #83685)

4569889_1